RECEIVED
AUG 22 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**_____DIVISION**

Plaintiff(s), KATHERINE MARIA MILLER )
)
v. )
)
AMERICAN ASSOCIATION OF ORTHODONTISTS )
)
4001 NORTH LINDBERGH BOULEVARD )
SAINT LOUIS, MISSOURI 63141 )
)
Defendant(s). (Enter above the full name(s) )
of all defendants in this lawsuit. Please )
attach additional sheets if necessary.) )

Case No. _____
(to be assigned by Clerk of District Court)

JURY TRIAL DEMANDED

YES ☐   NO ☒

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

   **X** Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
   **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

   ___ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
   **NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

   ___ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.
   **NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

___ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

**NOTE:** *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

X  Other (Describe)
VIOLATION OF CERTAIN, UNALIENABLE, SACRED RIGHTS TO INTERNAL SYSTEMS, RESPIRATORY SYSTEM, IMMUNE SYSTEM, AND CONSCIENCE AS DEFINED UNDER THE CONSTITUTION OF THE UNITED STATES OF AMERICA AND THE BILL OF RIGHTS

**PARTIES**

2. Plaintiff's name: KATHERINE MARIA PINNER

   Plaintiff's address: 9852 KNOLLSHIRE DRIVE
   Street address or P.O. Box

   SAINT LOUIS, MISSOURI 63123
   City/ County/ State/Zip Code

   314-440-0183
   Area code and telephone number

3. Defendant's name: AMERICAN ASSOCIATION OF ORTHODONTISTS

   Defendant's address: 4001 NORTH LINDBERGH BOULEVARD
   Street address or P.O. Box

   SAINT LOUIS, MISSOURI 63141
   City/County/State/ Zip Code

   314-993-1700
   Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

2

4. If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

_____
(Street Address)            (City/County)            (State)   (Zip Code)

5. When did the discrimination occur? Please give the date or time period:

MAY 2021 THROUGH AUGUST 11, 2021 AND BEYOND

## ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

☒ Yes   Date filed: JANUARY 12, 2022

☐ No

7. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☒ Yes   Date filed: JANUARY 12, 2022        DUAL FILED VIA MISSOURI COMMISSION ON HUMAN RIGHTS

☐ No

8. Have you received a Notice of Right-to-Sue Letter?

☒ Yes                    ☐ No

If yes, please attach a copy of the letter to this complaint.

9. If you are claiming age discrimination, check one of the following:

_____ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

_____ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

3

## NATURE OF THE CASE

10.  The conduct complained of in this lawsuit involves (check only those that apply):

   ____ failure to hire me

   _X_ termination of my employment/ CONSTRUCTIVE DISCHARGE/ FORCED RESIGNATION VIA ULTIMATUM

   ____ failure to promote me

   _X_ failure to accommodate my ~~disability~~ HEALTH

   ____ terms and conditions of my employment differ from those of similar employees

   _X_ retaliation

   _X_ harassment / SEGREGATION

   _X_ other conduct (specify):
   • VIOLATION OF CERTAIN, UNALIENABLE, <u>SACRED</u> RIGHTS
   • FAILURE TO ACCOMODATE, RELIGION
   • DENIAL OF EXEMPTION, RELIGION
   • COERCION/ DISCRIMINATION
   • PRACTICING MEDICINE WITHOUT A LICENCE

Did you complain about this same conduct in your charge of discrimination?

   [X] Yes      [ ] No

4

11. I believe that I was discriminated against because of my (check all that apply):

  \_\_\_\_ race

  _X_ religion

  \_\_\_\_ national origin

  \_\_\_\_ color

  \_\_\_\_ gender

  \_\_\_\_ disability

  \_\_\_\_ age (birth year is: _____)

  \_\_\_\_ other:

Did you state the same reason(s) in your charge of discrimination?

  [X] Yes          [ ] No

12. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

PLEASE SEE ATTACHED AMENDED CHARGE OF DISCRIMINATION, FILED WITH THE MISSOURI COMMISSION ON HUMAN RIGHTS ON 5/5/22.

(Continue to page 6, if additional space is needed.)

(Attach additional sheets as necessary).

6

13. The acts set forth in paragraph 12 of this complaint:

☐ are still being committed by the defendant.

☐ are no longer being committed by the defendant.

☒ may still be being committed by the defendant.

## REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes.

- CERTAIN, UNALIENABLE SACRED RIGHTS CLARIFIED AND ACKNOWLEDGED

- RELIGION AND STRONGLY/SINCERELY HELD RELIGIOUS BELIEF ACKNOWLEDGED

- VIOLATIONS OF LAW ACKNOWLEDGED WITH FINANCIAL REMEDY

14. Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

7

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 22 day of August, 2022.

Signature of Plaintiff *Katherine Maria Pinner*
KATHERINE MARIA PINNER