EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| | |
|---|---|
| To: Katherine Pinner<br>9852 Knollshire Drive<br>Saint Louis, MO 63123 | From: St. Louis District Office<br>1222 Spruce St, Rm 8 100<br>St Louis, MO 63103 |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 28E-2022-00369 | Joseph J. Wilson<br>State, Local & Tribal Program Manager | (314) 798-1930 |

*(See also the additional information enclosed with this form.)*

Issued On: 07/12/2022

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

    More than 180 days have passed since the filing of this charge.

    The EEOC is terminating its processing of this charge.

*Age Discrimination in Employment Act (ADEA): You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.*
*Age Discrimination in Employment Act (ADEA): You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** \*of your receipt of this Notice.\* Otherwise, your right to sue based on the above-numbered charge will be lost.*

*Equal Pay Act (EPA): You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.***

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On Behalf of the Commission:

Digitally Signed By: David Davis  7/12/2022

David Davis
Acting District Director

cc:   **Margaret D Gentzen**
       **Attorney**
       **Fox Smith, LLC**
       **One S. Memorial Drive, 12th Floor**
       **Saint Louis, MO 63102**

EEOC Form 5 (5/01)

| AMENDED CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[X] FEPA  E-01/22-53617<br>[ ] EEOC  28E-2022-00369 | Agency(ies) Charge No(s): |
|---|---|---|

Missouri Commission On Human Rights and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Katherine Pinner  pinnerkay1285@aol.com | 314.440.0183 | 01/22/1967 |

| Street Address | City, State and ZIP Code | County |
|---|---|---|
| 9852 Knollshire Drive | Saint Louis, MO 63123 | St Louis |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees Members | Phone No. (Include Area Code) |
|---|---|---|
| American Association of Orthodontists | 15+ | 314.993.1700 |

| Street Address | City, State and ZIP Code |
|---|---|
| 401 North Lindbergh Boulevard | Saint Louis, MO 63141 |

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE   [ ] COLOR   [ ] SEX   [X] RELIGION   [ ] NATIONAL ORIGIN
[ ] RETALIATION   [ ] AGE   [ ] DISABILITY   [ ] OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
6/25/2021 - 8/11/2021  (KMP)
~~7/29/2021~~ and
8/11/2021 - 3/9/2022 or later

[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

2019, October – **Start Date** - I began working for the respondent.

2020, March – **Start Remote** - I began working remotely as allowed by company policy.

2021, March through 2021, June – **Policies** - The respondent issued policy statements that:
1.) Extended remote work until 2022, January with the possibility of extension
2.) Notified employees of the Respondent's intent to evaluate the remote work policy prior to 2022, for possible implementation after January 1, 2022
3.) Notified employees that they might be recalled to the office in 2022 in some capacity
4.) Reiterated that face coverings or MRNA injections were required for employees voluntarily returning to the office

2021, July 8 – **Policies** - The respondent began tagging employees (MRNA injection status)

2021, June 14 – **Policy Exception #1 In Person Meeting (GORP)** - The respondent issued a policy regarding a mixed event where employees and non-employees were present. The policy stated that non-employees were exempted from compliance with health verification and tagging protocols.

PAGE 1 OF 6

ARTHUR BAUE
Notary Public - Notary Seal
State of Missouri
Commissioned for St Louis County
My Commission Expires: Jan. 16, 2023
19570498

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)  5/5/22 |
| X 5/5/2022    X *Katherine Pinner*<br>Date         Charging Party Signature | |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

2021, June 25 – **Exemption Requests** – Though the policies issued between March 2021 and June 2021 for recalling employees to the office were not to go into effect until on or after January 1, 2022, I submitted requests to the respondent. No forms were provided.
1.) Request for face covering exemption due to my religion and strongly / sincerely held religious beliefs (American Traditional Christian, Croatian Roman Catholic)
2.) Request for injection exemption due to my religion and strongly / sincerely held religious beliefs (American Traditional Christian, Croatian Roman Catholic)
3.) In these requests, the employer was also informed of specific, potentially serious health concerns
4.) Human Resources acknowledged receipt

2021, June 25 through 2021, August 11 – I endured instances of **discrimination**, **coercion**, **harassment**, **unnecessary denial of exemption**, and **unnecessary denial of reasonable accommodation**.

2021, July 22 – **Policy Exception #2 Hybrid Meeting (CCON)** - The respondent issued a new policy regarding a mixed remote and in person event where employees and non-employees were present. The policy was changed on this date so that non-employees attending in person who were previously exempted from compliance with health verification and tagging protocols were now required to comply.

2021, July 29 – **Ultimatum** – The respondent's policy allowed remote work through 2022 January. Shortly after the manager became aware of the requests for exemption, I was denied exemption and issued an ultimatum that I **"MUST"**:
1.) Appear the next day in person
2.) Violate my religion and strongly / sincerely held religious beliefs by either wearing a face covering or demonstrating proof of having received medical injection
3.) Comply regardless of health concerns remaining unaddressed

2021, August 11 – **Ultimatum** - Due to the ultimatum, I have not been able to return to work since 2021, August 11.

2022, March 9 – **Policies** - I was informed that the respondent's remote policy was in place on 2022 January and had been **extended indefinitely** as of March 9, 2022. I was further informed that staff at all levels were working remotely as of March 9, 2022.

## LEGALITY

- **MASKS ON AIRPLANES AND IN AIRPORTS** – District Judge Kathryn Kimball Mizelle recently ruled that the CDC exceeded its authority over mask mandates for airline travel in a recent suit filed by the Health Freedom Defense Fund.
- **OSHA** - As per the Supreme Court ruling of January 13, 2022, employers are not allowed to mandate injections under OSHA. It is not clear what law gave them the authority to mandate medical procedures such as injections and face coverings.
- **EXEMPTIONS FOR HEALTH CARE WORKERS** - As per the Supreme Court ruling of January 13, 2022, health care workers who work in health-related jobs may submit religious and health exemptions.

PAGE 2 OF 6

- **PRACTICING MEDICINE** - It is currently illegal under every state law to practice medicine without a license. Injections and face coverings intended to prevent, slow, treat, or alter the progression of a disease could be considered medical procedures and prescriptions.
- **INHUMANE TREATMENT** - Per the Geneva Convention, the Universal Declaration on Human Rights & Bioethics, and the Nuremberg Code, no one may be subjected to torture or cruel inhumane or degrading treatment or punishment. Face coverings and injections have been used historically as instruments of torture.
- **INEQUALITY UNDER THE LAW** - Other employees such as those working in Florida and various cities and counties throughout Missouri (St. Charles for example), those working for the Federal Court system in Missouri, etc. have not been required to adhere to similar policies. These employees were not tagged with their health status.
- **MEDICAL DISCRIMINATION** - Tagging life forms is common for agriculture and livestock but is considered legal by virtue of the agriculture and livestock being owned. However, it is inconceivable that such practices would be applied to human beings simply by virtue of being paid since they are not considered the property of the employer.
- **ABSENCE OF LAW** - 2022, January 23 - The Health Commissioner's Order Number 7 for St. Louis City expressly documented the following as recognized exemptions for face coverings under the city's ordinance: "Individuals whose religious beliefs or practices prohibit the wearing of face covering" and "Individuals who have trouble breathing." It is unclear what authority gives an employer the right to create a more stringent policy than a city government since they are not an authorized legal or governmental entity.
- **HEALTH ORDINANCES** – At various times, company policy was in place regardless of county and state ordinance. The legality of County ordinance additionally must be called into question if it was not written with the diligence to include statements of exemption as documented in the St. Louis City ordinance of January 23, 2022.
- **INFORMED CONSENT** - Policies issued by the respondent made no mention of informed consent. Even though this respondent creates informed consents for routine dental procedures, they failed to incorporate informed consent into their procedure and policy. Additionally, the policies made no mention of health risks posed by face coverings and injections.
- **DATA CONSENT** - Policies issued by the respondent made no mention of data consent policies for information being requested and obtained. Even though the respondent is aware of data consent policies in use by dental offices, they did not incorporate a data consent policy into their procedure. For example, the policies made no mention of who would see the information, how long the information would be retained, how the information was to be used, how the information would be recorded, in what electronic or manual systems the data would be recorded, etc.
- **UNAUTHORIZED USE AND ADMINISTRATION OF MEDICAL DATA** - Information obtained by the respondent was being requested and recorded without being related to determining a qualifying permanent disability under ADA. Even the Missouri Commission on Human Rights cannot share such data with Respondents because it is considered confidential; yet the Respondent was requesting this information directly from employees.
- **DISCRIMINATION** - Discriminatory policies were issued that: segregated employees by health status; discriminated against employees by title / status / assumed health status; and allowed some employees possible accommodations based on disability while denying others based on religion.

- **HUMAN HEALTH** - I was directed and coerced on different occasions to follow protocol that could jeopardize my health with or without the presence of a permanent disability. The health concerns were expressly stated in the requests for exemption submitted to the respondent. Questions and requests for information related to these health concerns were repeatedly dismissed by the respondent and ultimatums issued that could jeopardize my health with or without the presence of a permanent disability.
- **SEVERE RESPIRATORY ILLNESS** - Hospital Acquired Pneumonia (HAP) is a leading cause of respiratory illness for hospital patients, and it is caused by poor dental hygiene in hospitals, a fact which the respondent should have been aware based on their business type. HAP is widely known to be caused by the accumulation of bacteria in the mouth and respiratory system. Since no scientific studies were on record at the time of the employer's policy to demonstrate whether face coverings increase the risk of accumulation of bacteria in the mouth and respiratory system, the policy could constitute unnecessary risk being imposed on employees who openly stated that they were subject to medical conditions with or without the presence of a qualifying permanent disability under ADA.
- **EFFECTIVENESS** – A director complying with policy still became ill at Annual Session '22.
- **GOD'S LAW** - Wearing of face masks has long been associated with dehumanization and satanic ritual abuse, and yet employees were being coerced into participation in such practices, regardless of whether these practices violated their religion and strongly / sincerely held religious beliefs and irrespective of **GOD**'s Law.
- **GOD'S LAW** – Alteration of human DNA/RNA (transhumanism) via MRNA injection (Moderna stands for Modified RNA) is a questionable practice which could remove a human being from God's graces, and yet employees were being coerced into participation in such practices, regardless of whether these practices violated their religion and strongly / sincerely held religious beliefs and irrespective of **GOD**'s Law.

## UNCONSTITUTIONALITY

- **AS GUARANTEED AND EXPLICITLY STATED IN THE CONSITUTION OF THE UNITED STATES OF AMERICA AND AS BEING SO SELF-EVIDENT AS NOT HAVING TO BE EXPLICITLY STATED, ALL PEOPLE HAVE CERTAIN UNALIENABLE <u>SACRED</u> RIGHTS TO THEIR INTERNAL BODY, IMMUNE SYSTEM, RESPIRATORY SYSTEM, NOSE, MOUTH, AIR, OXYGEN, BREATHING, CONSCIENCE, AND THESE SHALL NOT BE INFRINGED.**
- **CONSTITUTION OF THE UNITED STATES OF AMERICA** - The Constitution (which includes the Bill of Rights) expressly documents certain, unalienable, and **SACRED** ("endowed by the CREATOR") rights under the law. There are laws in place that prohibit interference with these certain, unalienable sacred rights. Among those listed are speech, assembly, petitioning, redress of grievance, keeping and bearing arms, dwellings, papers, property, speedy trial, bail, etc. All items listed are EXTERNAL to the human person. However, the employer's policy related to a person's **INTERNAL HUMAN SYSTEMS** (breathing, respiratory system, immune system, and conscience), being far more protected.
- **SECOND AMENDMENT** - The second amendment states that the keeping and bearing of arms (external to the person) shall not be infringed. The right to breath and decide what goes into one's body is far more certain, unalienable, and sacred. These certain, unalienable, sacred rights shall not be infringed.

- **TAGGING HUMAN BEINGS WITH THEIR HEALTH STATUS AS THOUGH THEY ARE CATTLE IS UNCONSTITUTIONAL BASED ON THE SELF-EVIDENT JUDICIAL FACT THAT ALL PEOPLE ARE CREATED EQUAL.**
- **CERTAIN, UNALIENABLE RIGHTS THAT COME FROM GOD DO NOT REQUIRE NOTES** - A person should no more need to produce a note to an employer giving them the ability to breath air as created by God with the lungs that were created by God than they need to produce a note to an employer that gives them permission eat, rest, throw up, give birth, bleed, sleep, drink, get out of the sun, put on a coat, sit down, use the restroom, or any other primary biological function. Even a doctor asks a patient if they feel pain because in the end it is the patient that knows the immediate status of their primary biology, breathing being the most urgent of all of these. It is self-evident that a person cannot hold their breath more than three to five minutes without dying.
- **CERTAIN, UNALIENABLE RIGHTS THAT COME FROM GOD DO NOT REQUIRE NOTES** - A person, endowed by their Creator with certain unalienable rights, should no more need to produce a note to an employer exempting them from medical injection than they need to produce a note not to undergo cancer treatment, dental treatment, dialysis, organ transplant, surgery, medication, x-ray, vision correction, or any other medical procedure.
- **THE UNITED STATES OF AMERICA** - The Pledge of Allegiance states that we are ONE NATION UNDER GOD, INDIVISIBLE WITH LIBERTY AND JUSTICE FOR **ALL**. To think that by virtue of my working for this one employer at this one company in this one state with this one title I am denied my certain, unalienable, **SACRED** rights to my own internal body, my respiratory system, my immune system, my conscience, my religion, my strongly / sincerely held religious belief is unconscionable and discriminatory, not to mention **UNCONSTITUTIONAL**.
- **FOURTH AMENDMENT** – This amendment clearly asserts "the right of the people to be **secure in their person**." No further explanation on this point is required.
- **NINTH AMENDMENT** – "The enumeration in the Constitution of certain rights shall not be construed to deny or disparage others **retained by the people**." No further explanation on this point is required.
- **TENTH AMENDMENT** – "The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or **to the people**." No further explanation on this point is required.
- **AMERICAN HISTORY** - Slavery was made illegal and declared unconstitutional decades ago. The state and the employer do not hold sovereignty over my body, my internal systems, or my conscience. No further explanation on this point is required.
- **THE ORDER OF LAW** – (See diagram provided by our United States Veterans which makes no mention of a corporation in the structure of the government and Order of Law of the United States of America). Viruses have been around since people were created. Cloth has been around for centuries. These are not unprecedented. The only thing unprecedented is a company presuming to put itself above my certain, unalienable, **SACRED** right to my own body, my conscience, my religion, my strongly / sincerely held religious beliefs, my immune system, my respiratory system, the Constitution of the United States of America, the laws of this country, and, most importantly, **GOD'S LAW**.

In summary, I have endured discrimination, coercion, unnecessary denial of exemption, unnecessary denial of reasonable accommodation, harassment, and infringement on my CERTAIN, UNALIENABLE, SACRED RIGHTS THAT ARE ENDOWED BY **GOD**.



As remedy, I desire an end to the discrimination and anything else the Commission deems just and proper.

*I am still requesting a Right to Sue Letter as per my request. (KMP) as per the 1st Amendment to the Constitution of the United States of America ("Redress of Grievances").*

PAGE 6 OF 6

**ARTHUR BAUE**
Notary Public - Notary Seal
State of Missouri
Commissioned for St Louis County
My Commission Expires: Jan. 16, 2023
19570498

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

X 5/5/2022    X Katherine Pinner
Date           Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)
5/5/22

EEOC Form 5 (5/01)