UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KATHERINE MARIA PINNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:22 CV 870 CDP |
| | ) | |
| AMERICAN ASSOC. OF ORTHODONTISTS, | ) ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's pro se motion to amend her complaint. Defendant has not opposed amendment, and its time for doing so has expired. Given the liberal standards applicable to amendment, *see* Fed. R. Civ. P. 15(a)(2), the Court will grant plaintiff leave to amend.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to amend [15] is granted, and the amended complaint [15-1] is deemed filed as of this date.

**IT IS FURTHER ORDERED** that the motion to dismiss directed at the original complaint [8] is denied as moot.

*[signature: Catherine D. Perry]*
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 25th day of October, 2022.