UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KATHERINE MARIA PINNER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )   Case No. 4:22 CV 870 CDP |
| AMERICAN ASSOC. OF ORTHODONTISTS, | ) ) ) ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's "motion cease and desist." To the extent the motion is construed as one relating to discovery, it is denied for failure to comply with Local Rule 3.04. Plaintiff remains obligated to comply with the Federal and Local Rules of Civil Procedure despite her pro se status. To the extent plaintiff is requesting that she be excused from her discovery obligations because she believes she should not be required to answer questions about her religious beliefs or the nature of her claims and damages, which she alleges includes emotional, physical, and mental pain and suffering, the motion is denied. Plaintiff chose to bring this lawsuit and has placed the nature and sincerity of her religious beliefs at issue as a result. Accordingly, she must answer questions and provide information and documents respecting her claim and her refusal to do so may result in the imposition of sanctions, including the dismissal of her claim. The

same is true of her claimed damages and subsequent employment history, which relates to her mitigation of damages.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to cease and desist [40] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 16th day of October, 2023.