UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KATHERINE MARIA PINNER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:22 CV 870 CDP |
| AMERICAN ASSOC. OF ORTHODONTISTS, | ) ) ) ) |
| Defendant. | ) ) |

# **MEMORANDUM AND ORDER**

After consideration of defendant's affidavit attesting to plaintiff's compliance with the Court's December 14, 2023 Memorandum and Order [50-1],

**IT IS HEREBY ORDERED** that defendant's motion for sanctions [45] is denied as moot.

**IT IS FURTHER ORDERED** that this case will be referred to alternative dispute resolution by separate Order. If the parties fail to settle at mediation, the Court will enter new deadlines for the completion of this case.

**IT IS FURTHER ORDERED** that defendant's motion for extension of discovery deadlines [51] is denied as moot.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of January, 2024.