UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KATHERINE MARIA PINNER, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> AMERICAN ASSOC. OF ) <br> ORTHODONTISTS, ) <br> ) <br> Defendant. ) | Case No. 4:22 CV 870 CDP |

## MEMORANDUM AND ORDER

Plaintiff's pro se "motion for review and ruling on interrogatory authorizations and signatures" is denied as meritless. Defendant's interrogatory responses do not have to be signed by the registered agent authorized to accept service of process. As Mindi Brothers is an officer of defendant, she is authorized to sign the interrogatory responses on behalf of the corporation. Fed. R. Civ. P. 33(b)(1)(B). The rules also treat an attorney's name on a signature block as a signature. See Fed. R. Civ. P. 5(d)(3)(C).

Plaintiff's "motion for review and ruling on objections" is denied as it does not seek to compel the production of any discovery and is therefore requesting an improper advisory opinion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motions for review and ruling [59, 60] are denied.

                                                CATHERINE D. PERRY
                                                UNITED STATES DISTRICT JUDGE

Dated this 28th day of May, 2024.