UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KATHERINE MARIA PINNER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:22 CV 870 CDP |
| AMERICAN ASSOC. OF ORTHODONTISTS, | ) ) ) ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

After due consideration of the parties' respective positions,

**IT IS HEREBY ORDERED** that defendant's motion to continue trial [79] is granted **only as follows**: **this case is removed from the January 13, 2025, trial docket due to scheduling conflicts and will be reset for trial after consultation with both parties at the pretrial hearing on December 10, 2024. The parties shall be prepared to discuss alternative trial dates at that time.** The motion is denied to the extent defendant requests a settlement conference or referral to mediation, given plaintiff's objection.

**IT IS FURTHER ORDERED** that **all other deadlines set out in the September 19, 2024, Order Relating to Trial [78], including the November 8, 2024, and November 26, 2024, deadlines for pretrial submissions and the December 10, 2024, pretrial hearing, remain in full force and effect and the**

**parties must comply with the remaining provisions of the September 19, 2024, Order Relating to Trial [78] in full**.

  **IT IS FURTHER ORDERED** that at the December 10, 2024, pretrial hearing plaintiff will be expected to outline for the Court the witnesses and evidence she expects to present to the jury in order to meet her burden of proof on her claims. Plaintiff is again reminded that even though she is proceeding pro se, she is expected to comply fully with the Federal Rules of Evidence, the Federal Rules of Civil Procedure, the Local Rules of Eastern District of Missouri and all Orders of this Court.

               */s/ Catherine D. Perry*
               CATHERINE D. PERRY
               UNITED STATES DISTRICT JUDGE

Dated this 15th day of October, 2024.