Case: 4:22-cv-00870-CDP   Doc. #: 85   Filed: 11/07/24   Page: 1 of 14 PageID #: 1413

RECEIVED
NOV 07 2024
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

NOV 07 2024
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

United States District Court Eastern Division of Missouri
Case: Katherine Maria Pinner V. American Association of Orthodontists
Document Type: Instructions and Forms of Verdicts Attachment

| Katherine Maria Pinner<br>Plaintiff<br><br>Vs.<br><br>American Association of Orthodontists<br>Defendant | CASE NUMBER<br>4:22-CV-00870-CDP<br><br>**Written Requests for Instructions and Forms of Verdicts, as requested in the Court's Pre-Trial Order, Document # 78, Item #5 Attachment** |
|---|---|

The **Pro Se, Self-Represented Plaintiff** respectfully and kindly submits to the Court and to the Opposing Party the following attachment.

## WRITTEN REQUESTS FOR INSTRUCTIONS AND FORMS OF VERDICTS
## AS REQUESTED IN THE COURT'S PRE-TRIAL ORDER, DOCUMENT #78, ITEM #5 ATTACHMENT

As instructed by the Court, the Pro Se, Self-Represented Plaintiff is submitting to the Court and to the Opposing Party the attached written request for instructions and forms of verdicts using the proposed Eighth Circuit Model Jury Instructions and Forms of Verdicts.

The Pro Se, Self-Represented Plaintiff lacks resources and knowledge on how to locate "any other applicable instructions on case law with citation to the relevant Eighth Circuit Court of Appeals case."

The Pro Se, Self-Represented Plaintiff found and printed the attached Eighth Circuit Model Jury Instructions and Forms of Verdicts at www.moed.uscourts.gov via typing in the search bar "jury

1

instructions." Even though it specifically states these instructions are for "bar and bench" and Plaintiff is Pro Se, Self-Represented, it seems this is permissible since this is in the public domain and the Court Order instructed the Pro Se, Self-Represented Plaintiff to submit the instructions. When performing a search on the Court's website, the search results pulled up an article entitled "New Eighth Circuit Jury Instructions Builder (JIB) is Live and Ready for Use." The article states: "Full details are in the announcement attached to this notice, and a quick instruction guide is attached below as well. The Instructions Builder is now live and available to bench and bar at: http:juryinstructions.ca8.uscourts.gov."

The Pro Se, Self-Represented Plaintiff is not a member of the bench and bar but printed the attached instructions using the US Federal Courts Eighth Circuit Model Jury Instructions Builder for Case Type, Civil on October 5, 2024 from the Court's website, which hopefully satisfies the expectation of the Court.

**Table 1** below contains edits from the standard instructions which are made by the Pro Se, Self-Represented Plaintiff. For example, Plaintiff is a Pro-Se, Self-Represented Plaintiff, not a "lawyer," "attorney," "counsel." Additionally, this case pertains to religion, not other types of discrimination noted on the instructions / forms.

**Table 2** below contains an enumeration of the Instructions and Forms of Verdicts. If a question is not listed in the table 1, it is only because the Pro Se, Self-Represented Plaintiff had no suggestion to offer. The Pro Se, Self-Represented Plaintiff still submits the instruction and form

2

in **Table 2** if it is included in the attached packet of instructions and forms of verdicts using the proposed Eighth Circuit Model Jury Instructions and Forms of Verdicts. An instruction or form's exclusion from the **Table 1** below does not in any way indicate or denote it is not germane, only that the Pro Se, Self-Represented Plaintiff is not submitting a suggestion for consideration and revision.

For convenience, the Pro Se, Self-Represented Plaintiff is submitting a "clean" copy of Eighth Circuit Model Jury Instructions and Forms of Verdicts with suggestions applied as referenced in **Table 2**, as well as referencing the original version Eighth Circuit Model Jury Instructions and Forms of Verdicts located online and referenced in conjunction with **Table 1**.

## TABLE 1

**KEY**
\# = Section and Number of the Eighth Circuit Model Jury Instructions and Forms of Verdicts
P = Page Number within the relevant Eighth Circuit Model Jury Instructions and Forms of Verdicts section
PH = Paragraph Number within the cited Page Number
S = Sentence Number within the cited Paragraph

| # | P | PH | S | Current | Proposed |
|---|---|---|---|---|---|
| 1.01 | 3 | 1 | 2 | attorneys | Pro Se, Self-Represented Plaintiff, Defendant's attorney(s)[1] |
| 1.04 | 8 | 3 | 1 | Lawyers' | Not sure how to phrase this |
| 1.04 | 8 | 5 | 2 | Lawyers | The Pro Se, Self-Represented Plaintiff and Defendant's attorney(s) |
| 1.04 | 8 | 6 | 1 | lawyer's | "If I sustain an objection . . ." |
| 1.05 | 10 | 1 | 1 | lawyers | Pro Se, Self-Represented Plaintiff, Defendant's attorney(s) |
| 1.05 | 10 | 1 | 2 | lawyers | Pro Se, Self-Represented Plaintiff, Defendant's attorney(s) |
| 1.07 | 12 | 1 | 1 | lawyers | Pro Se, Self-Represented Plaintiff or Defendant's attorney(s) |
| 1.07 | 12 | 1 | 3 | lawyers | Pro Se, Self-Represented Plaintiff or Defendant's attorney(s) |
| 1.07 | 12 | 1 | 4 | the lawyers'' questions | questions asked by lawyers |
| 1.08 | 13 | 5 | 1 | lawyers | Pro Se, Self-Represented Plaintiff, Defendant's attorney(s) |
| 1.08 | 13 | 5 | 4 | Lawyers | Pro Se, Self-Represented Plaintiff, Defendant's attorney(s) |
| 1.08 | 14 | 4 | 1 | Entire paragraph | Keep / Read |
| 1.08 | 15 | 1 | 1 | Entire paragraph | Keep / Read |
| 1.08 | 15 | 3 | 1 | Entire paragraph | Keep / Read |
| 1.09 | 16 | 2 | 1 | Plaintiff's lawyer | the Pro Se, Self-Represented Plaintiff |
| 1.09 | 16 | 2 | 3 | Lawyers | Pro Se, Self-Represented Plaintiff or Defendant's attorney(s) |
| 1.09 | 16 | 3 | 3 | Plaintiff's lawyer | Pro Se, Self-Represented Plaintiff |
| 1.09 | 16 | 4 | 1 | lawyers | Pro Se, Self-Represented Plaintiff and Defendant's attorney(s) |
| 1.09 | 16 | 4 | 4 | Lawyers' | Pro Se, Self-Represented Plaintiff and Defendant's attorney(s) |
| 2.01 | 4 | 3 | 1 | Entire paragraph | Keep / read |

---

[1] Based on exact wording in the Federal Rules of Civil Procedures and the Local Rules

| | | | | | |
|---|---|---|---|---|---|
| 2.01 | 4 | 3 | 1 | Counsel | Pro Se, Self-Represented Plaintiff and Defendant's attorney(s) |
| 2.01 | 4 | 3 | 1 | Disability, or economic circumstances | Disability, age, or economic circumstances |
| 2.14 | 18 | 1 | 2 | lawyers | Pro Se, Self-Represented Plaintiff or Defendant's attorney(s) |
| 3.01 | 4 | 4 | 1 | Entire paragraph | Keep / Read |
| 3.01 | 4 | 4 | 1 | Disability, or economic circumstances | Disability, age, or economic circumstances |
| 3.03 | 6 | 3 | 1 | Entire paragraph | Keep / Read |
| 5.01 | 5 | 1 | 1 | Instruction | Instruction 5.40<br>Instruction 5.41 |
| 5.01 | 5 | 1 | 1 | Religion | Religion and strongly / sincerely held religious belief |
| 5.40 | 12 | 1 | 1 | Insert name | Insert actual names |
| 5.40 | 12 | 2 | 1 | Generally describe claim | Constructively discharged<br>Singled plaintiff out for disparate treatment<br>Failed to accommodate |
| 5.40 | 12 | 3 | 2 | Religion | Religion and strongly / sincerely held religious belief |
| 5.40 | 12 | 3 | 1 | sex | religion and strongly / sincerely held religious belief |
| 5.40 | 12 | 3 | 1 | was a motivating factor or played a part | played a part |
| 5.40 | 12 | 3 | 1 | decision | actions and conduct |
| 5.40 | 12 | 3 | 1 | Religion | Religion and strongly / sincerely held religious belief |
| 5.41 | 12 | 1 | 1 | Insert name | Insert actual names |
| 5.41 | 12 | 1 | 1 | generally describe claim | Of constructive discharge |
| 5.41 | 14 | 3 | 1 | sex | Religion |
| 5.41 | 14 | 3 | 1 | Religion | Religion and strongly / sincerely held religious belief |
| 5.41 | 14 | 4 | 1 | Third, . . . | Third, the defendant acted with the intent of forcing the plaintiff to quit or the plaintiff's resignation was a reasonably foreseeable result of the defendant's actions. |
| 5.70 | 16 | 1 | 1 | Instruction (1) | Instruction 5.40 |
| 5.70 | 16 | 1 | 1 | Instruction (2) | Instruction 5.01 |
| 5.70 | 16 | 1 | 1 | Describe Defendant's actions and conduct | constructive discharge |

5

| | | | | | |
|---|---|---|---|---|---|
| 5.70 | 16 | 1 | 1 | List of damages supported by the evidence | Insert specific damage types |
| 5.71 | 19 | 1 | 1 | Instruction (1) | Instruction 5.40 |
| 5.71 | 19 | 1 | 1 | Instruction (2) | Instruction 5.01 |
| 5.72 | 20 | 2 | 1 | Instruction (1) | Instruction 5.40 and/or 5.41 |
| 5.72 | 20 | 2 | 1 | Instruction (2) | Instruction 5.01 |
| 5.72 | 20 | 2 | 1 | His / her sex | Plaintiff's religion and strongly / sincerely held religious belief |
| 5.72 | 20 | 3 | 1 | Insert names | Insert actual names |
| 5.72 | 20 | 3 | 1 | Termination | constructive discharge |
| 5.72 | 20 | 3 | 1 | Sex discrimination | Religious discrimination |
| 5.72 | 20 | 5 | 2 | Instruction | Instruction 5.70 |
| 5.72 | 20 | 7 | 1 | Whether the harm suffered | Physical or economic or both; whether there was deceit, intentional malice, reckless disregard for human health or safety; whether the defendant's conduct that harmed the plaintiff also posed a risk of harm to others; whether there was any repetition of the wrongful conduct and past conduct that harmed the plaintiff. |
| 5.72 | 20 | 8 | 1 | Caused the plaintiff | Caused the plaintiff and could cause the plaintiff in the future |
| 5.72 | 20 | 9 | 1 | His / her / its | its |
| 5.80 | 25 | 2 | 1 | Discrimination | Use bracketed phrase for multiple claims |
| 5.80 | 25 | 2 | 1 | Sex | Religious discrimination |
| 5.80 | 25 | 3 | 1 | Insert names | Insert actual names |
| 5.80 | 25 | 5 | 1 | discharged | Constructively discharged |
| 5.80 | 25 | 5 | 1 | His/her sex | Plaintiff's religion and strongly / sincerely held religious belief |
| 5.80 | 25 | 9 | 1 | Optional | Stating the amount or, if you find . . . |
| 5.80 | 25 | 10 | 1 | Optional | We assess punitive damages . . . |
| 5.80 | 25 | 10 | 1 | Instruction | Instruction 5.72 |
| 8.41 | 7 | 1 | 1 | Insert names | Insert actual names |
| 8.41 | 7 | 2 | 1 | Describe alleged conduct | Describe alleged conduct |
| 8.41 | 7 | 4 | 1 | Options | Religion and strongly / sincerely held religious belief |
| 8.41 | 7 | 5 | 1 | Options | Hostile |
| 8.41 | 7 | 6 | 1 | Options | Hostile |
| 8.70 | 21 | 2 | 1 | 5.70 should be reviewed . . . | Use 5.70 as a basis |
| 8.71 | 22 | 2 | 1 | 5.71 should be reviewed . . . | Use 5.71 as a basis |
| 8.72 | 23 | 2 | 1 | 5.72 should be reviewed . . . | Use 5.72 as a basis |

| 8.80 | 24 | 2 | 1 | Sexual harassment | Harassment on the basis of plaintiff's religion and strongly / sincerely held religious belief |
| --- | --- | --- | --- | --- | --- |
| 8.80 | 24 | 2 | 1 | Harassment | Use bracketed phrase for multiple claims |
| 8.80 | 24 | 3 | 1 | Insert names | Insert actual names |
| 8.80 | 24 | 8 | 1 | Stating the amount | Stating the amount or, if you find . . . |
| 8.80 | 24 | 8 | 1 | Optional | We assess punitive damages . . . |
| 8.80 | 24 | 9 | 1 | Instruction | Instruction 8.72 |

**TABLE 2**

| SECTION | NUMBER |
| --- | --- |
| 1 – Commencement of Trial Instructions | 1.00 |
| 1 – Commencement of Trial Instructions | 1.01 |
| 1 – Commencement of Trial Instructions | 1.02 |
| 1 – Commencement of Trial Instructions | 1.03 |
| 1 – Commencement of Trial Instructions | 1.04 |
| 1 – Commencement of Trial Instructions | 1.05 |
| 1 – Commencement of Trial Instructions | 1.06 |
| 1 – Commencement of Trial Instructions | 1.07 |
| 1 – Commencement of Trial Instructions | 1.08 |
| 1 – Commencement of Trial Instructions | 1.09 |
| 2 – During Trial | 2.00 |
| 2 – During Trial | 2.01 |
| 2 – During Trial | 2.02 |
| 2 – During Trial | 2.03 |
| 2 – During Trial | 2.04 |
| 2 – During Trial | 2.05 |
| 2 – During Trial | 2.06 |
| 2 – During Trial | 2.07 |
| 2 – During Trial | 2.08 |
| 2 – During Trial | 2.09 |
| 2 – During Trial | 2.10 |
| 2 – During Trial | 2.11 |
| 2 – During Trial | 2.12 |
| 2 – During Trial | 2.13 |
| 2 – During Trial | 2.14 |
| 2 – During Trial | 2.15 |
| 3 – Close of Trial | 3.00 |
| 3 – Close of Trial | 3.01 |
| 3 – Close of Trial | 3.02 |
| 3 – Close of Trial | 3.03 |
| 3 – Close of Trial | 3.04 |
| 3 – Close of Trial | 3.05 |
| 3 – Close of Trial | 3.06 |
| 3 – Close of Trial | 3.07 |
| 3 – Close of Trial | 3.08 |
| 5 – Title VII | 5.01 |
| 5 – Title VII | 5.23 |

| | |
|---|---|
| 5 – Title VII | 5.40 |
| 5 – Title VII | 5.41 |
| 5 – Title VII | 5.70 |
| 5 – Title VII | 5.71 |
| 5 – Title VII | 5.72 |
| 5 – Title VII | 5.80 |
| 8 – Harassment Under Title VII | 8.41 |
| 8 – Harassment Under Title VII | 8.70 |
| 8 – Harassment Under Title VII | 8.71 |
| 8 – Harassment Under Title VII | 8.72 |
| 8 – Harassment Under Title VII | 8.80 |

Signed: *Katherine Maria Pinner*

Dated: 11/7/24

**PLAINTIFF**

    Katherine Maria Pinner
    9852 Knollshire Drive
    Saint Louis, Missouri 63123
    314-440-0183
    Pinnerkay1285@aol.com

---

**DEFENDANT**

American Association of Orthodontists / 401 North Lindbergh Boulevard / Saint Louis, Missouri 63141

Counsel to the Defendant
    Fox Smith, LLC
    One South Memorial Drive, 12th Floor
    Saint Louis, Missouri 63102
    Attention: Thomas J. Smith / Margaret D. Gentzen / Jessica M. Reis
    314-588-7000
    tsmithfoxsmithlaw.com
    mgentzen@foxsmithlaw.com
    jreis@foxsmithlaw.com
    www.foxsmithlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT I SENT A TRUE COPY OF THIS DOCUMENT TO THE DEFENDANT'S ATTORNEY OF RECORD ON THE DATE SIGNED VIA HAND DELIVERY.

Signed: *Katherine Maria Pinner*

Dated: 11/7/24

RECEIVED
NOV 07 2024
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

United States District Court Eastern Division of Missouri
Case: Katherine Maria Pinner V. American Association of Orthodontists
Document Type: Instructions and Forms of Verdicts

| Katherine Maria Pinner Plaintiff  Vs.  American Association of Orthodontists Defendant | CASE NUMBER 4:22-CV-00870-CDP  Written Requests for Instructions and Forms of Verdicts, as requested in the Court's Pre-Trial Order, Document # 78, Item #5 |
|---|---|

The **Pro Se, Self-Represented Plaintiff** respectfully and kindly submits to the Court and to the Opposing Party the following:

**WRITTEN REQUESTS FOR INSTRUCTIONS AND FORMS OF VERDICTS**

**AS REQUESTED IN THE COURT'S PRE-TRIAL ORDER, DOCUMENT #78, ITEM #5**

**ATTACHED**

Signed: *Katherine Maria Pinner*

Dated: 11/7/24

1

**PLAINTIFF**

    Katherine Maria Pinner
    9852 Knollshire Drive
    Saint Louis, Missouri 63123
    314-440-0183
    Pinnerkay1285@aol.com

---

**DEFENDANT**

American Association of Orthodontists / 401 North Lindbergh Boulevard / Saint Louis, Missouri 63141

**Counsel to the Defendant**
    Fox Smith, LLC
    One South Memorial Drive, 12th Floor
    Saint Louis, Missouri 63102
    Attention: Thomas J. Smith / Margaret D. Gentzen / Jessica M. Reis
    314-588-7000
    tsmithfoxsmithlaw.com
    mgentzen@foxsmithlaw.com
    jreis@foxsmithlaw.com
    www.foxsmithlaw.com

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I SENT A TRUE COPY OF THIS DOCUMENT TO THE DEFENDANT'S ATTORNEY OF RECORD ON THE DATE SIGNED VIA HAND DELIVERY.

Signed: *Katherine Maria Pinner*

Dated: 11/7/24