IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KATHERINE MARIA PINNER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:22-cv-00870-CDP |
| AMERICAN ASSOCIATION OF ORTHODONTISTS, | ) ) ) |
| Defendant. | ) |

**DEFENDANT'S PRETRIAL MEMORANDUM**

COMES NOW defendant, American Association of Orthodontists, by and through counsel, and submit the following in accordance with the Court's Order Relating to Trial dated September 19, 2024.

1. **Stipulations and Objections to Plaintiff's Exhibits:** see Defendant's legal Memorandum in Support of Objections to Certain of Plaintiff's Exhibits attached; **Exhibit A** attached thereto which consists of an itemized table of Stipulations and Objections to all 190 of Plaintiff's trial exhibits; and see Defendant's Motion to Exceed Page Limit as to the Memorandum in Support attached.

2. **Testimony Designation and Objections:** see Defendant's Objections and Counter-designations to Plaintiff's Request for Admission and Interrogatory Designations as prepared in table format (with case caption coversheet) for the Court's convenience and attached; and see highlight copy of Plaintiff's designations (yellow) and Defendant's counter-designations (green) attached as **Exhibit A** thereto.

3. **Request for Additional and Modified Jury Instructions:** *see* Defendant's Objections, Request for Modification, and/or Supplementation of Plaintiff's Proposed Jury

Instructions attached; and **Exhibits A**, **B**, and **C** attached thereto containing proposed supplemental instructions.

    4.    **Oppositions to Motions in Limine (NOT APPLICABLE):** Defendant did not receive Motions in Limine from Plaintiff. Therefore, no oppositions are filed herewith.

FOX SMITH, LLC

By:   /s/ Thomas J. Smith
Thomas J. Smith, #41353MO
tsmithfoxsmithlaw.com
Margaret D. Gentzen, #64862MO
mgentzen@foxsmithlaw.com
Jessica M. Reis, #69290MO
jreis@foxsmithlaw.com
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000
(314) 588-1965 (Fax)

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 26, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

<u>Via E-Mail and U.S. Mail</u>

Katherine Maria Pinner
9852 Knollshire Drive
St. Louis, MO 63123
E-Mail: pinnerkay1285@aol.com

PLAINTIFF PRO SE

                                        /s/ Thomas J. Smith