RECEIVED

NOV 26 2024

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

United States District Court Eastern Division of Missouri
Case: Katherine Maria Pinner V. American Association of Orthodontists
Document Type: Additional Jury Instructions and Forms of Verdicts

| Katherine Maria Pinner | |
| Plaintiff | CASE NUMBER |
| | 4:22-CV-00870-CDP |
| Vs. | |
| | **ADDITIONAL JURY INSTRUCTIONS AND** |
| American Association of Orthodontists | **FORMS OF VERDICTS** |
| Defendant | |

The **Pro Se, Self-Represented Plaintiff** respectfully and kindly requests that the Court accept the Pro Se, Self-Represented Plaintiff's submittal of the attached additional Eighth Circuit Model Jury Instruction number 8.01.

Signed: *Katherine Maria Pinner*

Dated: 11/26/24

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I MAILED A TRUE COPY OF THIS DOCUMENT TO THE DEFENDANT'S ATTORNEY OF RECORD ON THE DATE SIGNED VIA HAND DELIVERY.

Signed: *Katherine Maria Pinner*

Dated: 11/26/24

PLAINTIFF

>Katherine Maria Pinner
>9852 Knollshire Drive
>Saint Louis, Missouri 63123
>314-440-0183
>Pinnerkay1285@aol.com

---

DEFENDANT

American Association of Orthodontists / 401 North Lindbergh Boulevard / Saint Louis, Missouri 63141

Counsel to the Defendant
>Fox Smith, LLC
>One South Memorial Drive, 12th Floor
>Saint Louis, Missouri 63102
>Attention:  Thomas J. Smith / Margaret D. Gentzen / Jessica M. Reis
>314-588-7000
>tsmithfoxsmithlaw.com
>mgentzen@foxsmithlaw.com
>jreis@foxsmithlaw.com
>www.foxsmithlaw.com

## 8.01 EXPLANATORY: "SAME DECISION"

If you find in favor of the plaintiff under Instruction 8.41 then you must answer the following question in the verdict form: Has it been proved that the defendant would have harassed the plaintiff regardless of plaintiff's religion and strongly / sincerely held religious belief?