UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KATHERINE MARIA PINNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 4:22 CV 870 CDP |
| | ) |
| AMERICAN ASSOC. OF ORTHODONTISTS, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

Pro se plaintiff seeks leave to exceed the page limitation to file overlength reply memoranda relating to pretrial filings. Leave to file will be denied, as the Order Relating to Trial does not permit the filing of reply memoranda, and the local rule regarding reply briefs does not apply to pretrial submissions. ECF 78. If necessary to the resolution of any issue or objection, the Court will hear argument from the parties during the pretrial conference on Tuesday, but no additional briefing is permitted on any issue absent further Order of the Court.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to exceed page limit is denied, as plaintiff is denied leave to file reply memoranda that are not permitted by the Order Relating to Trial. These filings will be returned to plaintiff at the

pretrial conference on Tuesday, December 10, 2024 unless plaintiff wishes to retrieve them from the Clerk's Office prior to that date.

                                          _____
                                          CATHERINE D. PERRY
                                          UNITED STATES DISTRICT JUDGE

Dated this 5th day of December, 2024.