RECEIVED
JAN 2 2 2025
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

United States District Court Eastern Division of Missouri
Case: Katherine Maria Pinner V. American Association of Orthodontists
Document Type: Voir Dire Questions

| Katherine Maria Pinner<br>Plaintiff<br><br>Vs.<br><br>American Association of Orthodontists<br>Defendant | CASE NUMBER<br>4:22-CV-00870-CDP<br><br>**Voir Dire Questions as Requested in the Court's Pre-Trial Order, Document # 115** |
|---|---|

The **Pro Se, Self-Represented Plaintiff** respectfully and kindly submits to the Court and to the Opposing Party the following:

## VOIR DIRE QUESTIONS

### AS REQUESTED IN THE COURT'S PRE-TRIAL ORDER, DOCUMENT #115,

1. Do you think, assume, or otherwise judge people who believe in GOD and/or miracles (for example, the Resurrection of Jesus Christ, the multiplication of the fish and loaves, the parting of the Red Sea) as stupid, silly, and/or naïve?

2. Does it offend, disturb, or annoy you to see people wearing or carrying religious symbols and objects (for example, a rosary, a cross, a star of David, a prayer book) or to hear someone quote a religious text?

3. Would you immediately judge someone or form an opinion of someone just because they stated a religion and strongly / sincerely held religious belief with which you were unfamiliar?

4. Do you believe that all people must receive injections and/or wear face coverings no matter the reason (for example, religion or health) and/or do you now or did you at some point in the past own or manage a company in which you were in a position of having to require injections and/or face coverings?

5. Would you judge [positively or negatively] a person who brings suit against a former employer just because they brought suit against that employer?

6. Would you judge [positively or negatively] a person who represents themself in Court just because they represent themself in Court?

7. Do you work for, own, or are you otherwise affiliated with a drug company, pharmaceutical company, medical device manufacturer, dental office, dental services organization, orthodontist, or any other company directly or loosely related to drugs, pharmaceuticals, dentistry, orthodontics, and/or related dental or orthodontic treatment, diagnostics, or care?

Signed: *Katherine Maria Pinner*
Dated: *January 22, 2025*

PLAINTIFF

    Katherine Maria Pinner
    9852 Knollshire Drive
    Saint Louis, Missouri 63123
    314-440-0183
    Pinnerkay1285@aol.com

---

DEFENDANT

American Association of Orthodontists / 401 North Lindbergh Boulevard / Saint Louis, Missouri 63141

Counsel to the Defendant
    Fox Smith, LLC
    One South Memorial Drive, 12th Floor
    Saint Louis, Missouri 63102
    Attention: Thomas J. Smith / Margaret D. Gentzen / Jessica M. Reis
    314-588-7000
    tsmithfoxsmithlaw.com
    mgentzen@foxsmithlaw.com
    jreis@foxsmithlaw.com
    www.foxsmithlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT I SENT A TRUE COPY OF THIS DOCUMENT TO THE DEFENDANT'S ATTORNEY OF RECORD ON THE DATE SIGNED VIA HAND DELIVERY.

Signed: *Katherine Maria Pinner*
Dated: *January 22, 2025*

3