UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KATHERINE MARIA PINNER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 4:22-cv-00870-SRC |
| AMERICAN ASSOCIATION OF ORTHODONTISTS, | ) ) ) ) | |
| Defendant. | ) ) | |

## Judgment

The Court held a trial by jury in this case. The jury has rendered its verdict in favor of Defendant American Association of Orthodontists. Accordingly, the Court enters judgment in favor of the American Association of Orthodontists and against Plaintiff Katherine Maria Pinner on all remaining claims. The Court dismisses this action with prejudice.

So ordered this 9th day of May 2025.

_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE